IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENA LEE BJORGE,

        Plaintiff,

v.

                                                        Case No. 23-cv-4-wmc

MARTIN O'MALLEY,
Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Rena Lee Bjorge against defendant Martin O'Malley remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| s/ Deputy Clerk | 11/21/2024 |
| Joel Turner, Clerk of Court | Date |